UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER 07-191-DLD |
| VERSUS | 16 U.S.C. SECTION 704 (b)(2) |
| KANE C. ALTAZIN<br>JUSTIN P. COURREGE and<br>ERIC N. HISSEIN | HONORABLE MAGISTRATE DALBY |

## ORDER

THE FOREGOING MOTION CONSIDERED:

IT IS ORDERED that the motion be granted.

Signed this _____ day of _____, 2007, at Baton Rouge, Louisiana

_____
MAGISTRATE DOCIA L. DALBY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA


THE FOREGOING MOTION CONSIDERED:

IT IS ORDERED that the motion be denied.

Signed this  11th  day of December, 2007, at Baton Rouge, Louisiana

_____
MAGISTRATE DOCIA L. DALBY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1